UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00216-BR |
| v. | INFORMATION |
| **BENJAMIN BOLEN,** | 18 U.S.C. § 111(a)(1) |
| Defendant. | CLASS A MISDEMEANOR |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 13, 2020, in the District of Oregon, defendant **BENJAMIN BOLEN** forcibly assaulted Adult Victim 1 (AV-1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV-1 was engaged in and on account of the performance of AV-1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

Dated: July 13, 2020.                                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney