IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00216 – BR |
| v. | |
| Benjamin Bolen | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

Do not enter within a five-block radius of the U.S. Courthouse in Portland, Oregon or the Multnomah County Justice Center unless prior approval is obtained from U.S. Pretrial Services.

Comply with the following curfew: 8pm to 6am unless otherwise directed by U.S. Pretrial Services.

**And REPLACE with the noted condition:**

The defendant shall not be present between 10 pm and 6 am within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west, unless for employment purposes.

IT IS SO ORDERED THIS 29 day of July, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**