SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**AHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902 Telephone: (503) 727-1000 Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BENJAMIN BOLEN,**<br><br>**Defendant.** | 3:20-cr-00216-BR<br><br>NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY |

Please be advised that the above-captioned case has been reassigned from Assistant United States Attorney Gary Y. Sussman to Assistant United States Attorney Ashley R. Cadotte who can be contacted via e-mail at Ashley.Cadotte@usdoj.gov.  Please withdraw AUSA Sussman from further service and electronic notices in this case and substitute AUSA Cadotte.

Dated: April 5, 2021                              Respectfully submitted,

                                                                 SCOTT ERIK ASPHAUG
                                                                 Acting United States Attorney

                                                                 */s/ Ashley R. Cadotte*
                                                                 ASHLEY R. CADOTTE
                                                                 Assistant United States Attorney

**Notice of Reassignment of Assistant United States Attorney**                              Page 1